THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

DWAYNE DOUGLAS GEORGE, *et al.,*

                    Defendant.

CASE NO. CR21-0170-JCC

ORDER

This matter comes before the Court on the Government's motion for leave to dismiss all pending charges in this case (Dkt. No. 85) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court hereby GRANTS the motion and DISMISSES without prejudice all pending counts against all named Defendants in this case. The Court does not dismiss the pending charges against the same eight defendants under the related cause number, CR21-0174-JCC.

DATED this 27th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE